CARLA B. OAKLEY, State Bar No. 130092
SHARON R. SMITH, State Bar No. 221428
MORGAN, LEWIS & BOCKIUS LLP
1 Market Street, Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.1301
Fax: 415.442.1001
E-mail: coakley@morganlewis.com
E-mail: srsmith@morganlewis.com

Attorneys for Plaintiffs
Rite Aid Corporation and Name Rite, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Rite Aid Corporation, a Delaware corporation; Name Rite, LLC, a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>Jingle Networks, Inc.,<br><br>Defendant. | Case No. 09-CV-1051 (SI)<br><br>*EX PARTE* **MOTION FOR A SECOND EXTENSION OF CASE MANAGEMENT CONFERENCE DATE AND RELATED DEADLINES AND [PROPOSED] ORDER**<br><br>DATE: JULY 31, 2009<br>TIME: 2:30<br>COURTROOM: 10, 19TH FLOOR |

Plaintiffs Rite Aid Corporation and Name Rite, LLC (collectively "Rite Aid") respectfully request a continuance of the Case Management Conference for one month.

Rite Aid filed the Complaint on March 10, 2009. Rite Aid and defendant Jingle Networks, Inc. ("JNI") thereafter reached an agreement on the general terms for settlement and actively have been working to finalize a formal settlement agreement. Rite Aid formally served the Summons and Complaint on July 7, 2007, shortly before the deadline for service specified in Federal Rule of Civil Procedure Rule 4(m).

Given that the Complaint was served on July 7, 2009, JNI has not yet made an appearance in this action. For this reason, Rite Aid could not obtain the formal stipulation of JNI for this *Ex Parte* Motion for a Second Extension of the Case Management Conference and Related Deadlines

1   ("Motion").  JNI does, however, consent to and agree with Rite Aid's request for a one month
2   continuance of the case management conference and related deadlines so that the parties have
3   additional time to finalize a settlement agreement.  Attached hereto as Exhibit A is a true and
4   correct copy of an email confirming JNI's consent to this Motion.

5        This is the second request to continue the case management conference.  On April 3,
6   2009, the Court issued an Order setting the date for the case management conference on June 23,
7   2009.  Rite Aid filed its first *ex parte* motion to continue the case management conference (and
8   associated dates) because JNI had not been served or made an appearance and the parties were
9   involved in settlement negotiations.  On June 3, 2009, the Court granted the motion and reset the
10  case management conference for July 31, 2009.

11       Various deadlines are triggered by the date for the case management conference, the first
12  of which is Friday, July 10, 2009, which is the last day for the required conference under Federal
13  Rule of Civil Procedure 26(f) and for the filing of a Stipulation to ADR Process or Notice of
14  Need for ADR Phone Conference.  Shortly thereafter, the parties are required to exchange of
15  initial disclosures and submit a Joint Case Management Conference Statement.

16       Since the parties are actively working to finalize a formal settlement agreement, there is
17  good cause for the Court to continue the Case Management Conference and to extend the various
18  dates calculated from the Case Management Conference date.  Accordingly, Rite Aid, with the
19  stipulation of JNI, respectfully requests a continuance of the Case Management Conference for
20  one month.

21  Dated: July 9, 2009                                      MORGAN, LEWIS & BOCKIUS LLP
22                                                           CARLA B. OAKLEY
                                                             SHARON R. SMITH
23
24
25                                                           By    /s/ Sharon R. Smith
                                                                 Attorneys for Plaintiff
26                                                               Rite Aid Corporation and Name Rite, LLC
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

DB1/63252242.1                          2                   *EX PARTE* MOTION FOR SECOND EXTENSION
                                                            OF CASE MANAGEMENT CONFERENCE DATE
                                                            AND RELATED DEADLINES (09-CV-1051 (SI))

1 **[PROPOSED] ORDER**

2  Having reviewed Rite Aid's *Ex Parte* Motion for a Second Extension of Case

3 Management Conference and Related Deadlines, and good cause appearing

4  IT IS HEREBY ORDERED that the Case Management Conference is continued until

5 August  Sept. 11  , 2009, and the dates calculated based on the Case Management Conference

6 date shall be extended accordingly.

7  **IT IS SO ORDERED.**

9 Dated: July ____, 2009

  _____
  HON. SUSAN ILLSTON
  UNITED STATE DISTRICT COURT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

DB1/63252242.1

CASE NO.: 09-CV-1051 (SI)
[PROPOSED] ORDER