| | |
|---|---|
| 1 | CARLA B. OAKLEY, State Bar No. 130092 |
|   | SHARON R. SMITH, State Bar No. 221428 |
| 2 | MORGAN, LEWIS & BOCKIUS LLP |
|   | One Market, Spear Street Tower |
| 3 | San Francisco, CA  94105-1126 |
|   | Tel:  415.442.1000 |
| 4 | Fax:  415.442.1001 |
|   | E-mail: coakley@morganlewis.com |
| 5 | srsmith@morganlewis.com |

Attorneys for Plaintiffs
Rite Aid Corporation and Name Rite, LLC

HARVEY SISKIND LLP
D. PETER HARVEY (SBN 55712)
Email: pharvey@harveysiskind.com
MATTHEW A. STRATTON (SBN 254080)
Email: mstratton@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, CA 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

Attorneys for Defendant, Jingle Networks, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RITE AID CORPORATION, NAME RITE, LLC, | Case No. 09-CV-1051 (SI) |
| Plaintiffs, | **STIPULATED DISMISSAL [AND ~~PROPOSED~~ ORDER]** |
| v. | |
| JINGLE NETWORKS, INC., | |
| Defendant. | |

    The parties have reached a settlement in the above-captioned matter.  Accordingly, Plaintiffs Rite Aid Corporation and Name Rite, LLC and Defendant Jingle Networks, Inc., hereby stipulate to and give notice of the stipulated voluntary dismissal without prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), with each party to bear its own costs and attorneys' fees in accordance with the parties' agreement.

| | | |
|---|---|---|
| 1 | Dated: August 6, 2009 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | | |
| 3 | | By _/s/ Sharon Smith_ |
| 4 | | Sharon R. Smith |
| | | Attorneys for Plaintiffs |
| 5 | | Rite Aid Corporation and Name Rite, LLC |

Dated: August 5, 2009        HARVEY SISKIND LLP

By _/s/ D. Peter Harvey_
D. Peter Harvey
Attorneys for Defendant

ORDER

IT IS SO ORDERED. All scheduled dates are VACATED and the action is DISMISSED, without prejudice.

Dated: August 7, 2009

HON. SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
/s/ Susan Illston
Judge Susan Illston